IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TRACEE H.,
Plaintiff,

v.

Civil Action No. 2:25-cv-703

FRANK BISIGNANO,
Commissioner of Social Security,
Defendant.

**FINAL ORDER**

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on August 31, 2026. Dkt. No. 29. The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed and considered the Report and Recommendation and finding no error, it is hereby ORDERED that the Report and Recommendation is ADOPTED as the opinion of this Court. Plaintiff's appeal of the Commissioner's final decision, Dkt. No. 14, is GRANTED IN PART and DENIED IN PART and the final decision of the Commissioner is VACATED. It is FURTHER ORDERED that Plaintiff's request for an immediate award of benefits, Dkt. Nos. 14, 27, is DENIED and the Commissioner's motion for remand, Dkt. No. 21, is GRANTED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 5, 2026